LF 028
(Rev. 11/04/2019)

PRISONER CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 24 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Jonathan Rice. G.d.c#1000189945
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**4 : 24 -CV- 0 0 2 6**

Tyrone oLiver, commissioner.
Christopher. M. carr
Attorney General.
(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I.    **Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )    No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    Jonathan Rice, G.d.c#
1000189945

1

LF 028
Rev. 11/04/2019

Defendant(s): _Hays State Prison_

2.   Court (name the district): _united state's district court for_
     _the Northern district of georgia, Rome Divison._

3.   Docket Number: _4:23-CV-237-WMR-WEJ_

4.   Name of judge to whom case was assigned: _Walter. E. Johnson_

5.   Did the previous case involve the same facts?

        Yes ( )      No ( ✓ )

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
     _I think my case was dismissed I_
     _not sure is it still pending ?_

7.   Approximate date of filing lawsuit: _10-18-2023_

8.   Approximate date of disposition: _10-18-2023_

## II.   Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Place of Present Confinement: _Hays state Prison_

B.   Is there a prisoner grievance procedure in this institution?

        Yes ( ✓ )      No ( )

C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( ✓ )      No ( )

D.   If your answer is YES:
     1.   What steps did you take and what were the results?
          _I talk abaut in my "grievance Form_
          _that The year 2010 "President, Barack_
          _obama Knew abaut Clayten County Police's_
          _got Police Report's on I Jonathan Rice, saying_

LF 028
Rev. 11/04/2019

I am trying to attack them, undermining my Rights

2. If your answer is NO, explain why not: _N/A_

## III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _Jonathan maurice Rice_
G.d.C.# 1000189945

Address(es): _Hays state Prison_
P.O. BOX 668
Trion, GA, 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _Tyrone oliver, Commissioner._
And Attorney General, Christopher M. Carr.

Employed as _Tyrone oLiver. Commissioner. Christopher.M. Carr. Attorney general_
at _Hays state Prison. P.o. Box 668 Trion, GA, 30753_

## IV. Basis for Jurisdiction
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Monell Claim. False imprisonment Claim._
_emotional distress Claim. equal Protection Claim._

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

V.   **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

VI.   **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_my Eight Amendment Claim, Equal_
_Protection Claim. False imprisonment Claim._
_monell Claim. emotional distress Claim._
_I have Clayton County Police officer's_
_try to Plan to Kill me and I Feel that my_
_Life is still at Risk. if you want to Full_
_investigate call down to the Attorney general_
_office, Christopher. M. carr. the Commissioner_
_of Hays state Prison, Tyrone oLiver Should_
_have People calling him and document's_
_Report's on I Jonathan Rice. The Judge_
_MS. Bonifield got document's and Police_
_Report's on I Jonathan Rice Clayton County_
_Jail, office of the clerk, 9151 Tara Bouleyard._
_Jonesboro, ga, 30236. Judge. MS. Bonifield_
_Plan to Kill me one time and she stated_

4

LF 028
Rev. 11/04/2019

that some people talking about "Bombing"
us in the "united stated" if I die I can
start a civil war. President, Joe Biden
that know in office know of these attack's
I have from Police officer's in Clayten County
Jail that Plan to Kill me." my Life and
safty is still at Risk, Mr. Barack Obama
know me Personaly I Jonathan Rice, I
tell the court and request to the Federal
Court for "Habeas corpus" for my release
From Hays State prison, Attomey general
Christopher. M. carr should have document's
that I dont get "Arrested" that "I am being
hold False imprisonment at Hays State Prison.
I want to the court's to investigate Clayten
County Jail, 9151 Tara Boulevard, Jonesboro, ga,
30236, and investigate that I Jonathan Rice
Should have a "old F.B.I Badge number"
that I am sure of U.S.A military got Paper's
on me and I am trying to Find - but what
is going on with "china military" why they spying.

## VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

Eight Amendment Claim.
emotional distress

## VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite
no cases or statutes. If requesting money damages, include the amounts of any actual and/or
punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request for money damage's and asking
the court's for the amount of 200.000
Thousand's dollar's or I will Like to
request for a "Private settlement
agreement" my Eight Amendment is
being violated in Hays State prison. Date
11-1-2023 to Date 1-8-2024 Cruel and
unusual Punishment I am on Protective
Custody Building d-2 they keep us on
Lock-down no yard to go out-side we
is Like on solitary confinement I am
in Room-217 you can investigate Protective
Custody Building d-2 video I am not lieing

LF 028
Rev. 11/04/2019

Look-up a Judge name MS. Benifield
that you to work at Clayton county Jail
office of the clerk. 9151 Tara Boulevard.
Jonesboro, GA, 30236, Judge, MS. Benifield
get police Report's on "I Jonathan Rice
And she try to Plan to kill me one time.
the Attorney general, Thurbert, E. Baker
The year 2010 should have document's
on what I am saying. And she said something
the U.S.A military know me and F.B.I Badge number I have.

Signed this ___1___ day of ___8___, 20 _24_

_Jonathan Rice_
Signature of Plaintiff

STATE OF ___Georgia___
COUNTY (CITY) OF ___Trion___

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___1-8-2024___
(Date)

_Jonathan Rice_
Signature of Plaintiff