IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JONATHAN RICE,<br><br>      Plaintiff,<br><br>   v.<br><br>TYRONE OLIVER, *et al.*,<br><br>      Defendants. | CIVIL ACTION FILE<br>4:24-CV-0026-WMR |

## **ORDER**

The matter is before the Court on the Order and Final Report and Recommendation ("R&R") [Doc. 4], in which the Magistrate Judge recommends that the instant action be dismissed. Since the Magistrate Judge entered the R&R, Plaintiff Jonathan Rice has filed numerous notices, motions, and discovery requests [Docs. 6, 7, 8, 9, 10, 11, 12, 13], none of which contend that the Magistrate Judge erred or could otherwise be considered as valid objections to the R&R.

Plaintiff, an inmate at Hays State Prison in Trion, Georgia, filed the instant 42 U.S.C. § 1983 civil rights action complaining that federal, state, and county officials have conspired to concoct a plan to murder him and that he is incarcerated in violation of his constitutional rights [Doc. 1 at 4-5]. Significant to this discussion, Plaintiff submitted his complaint on this Court's 42 U.S.C. § 1983 prisoner complaint form. The first section of that form requires the plaintiff to list and

describe each prior lawsuit that the plaintiff has filed in federal court. *Id.* at 1. Plaintiff averred that he has filed only one previous lawsuit, but as the Magistrate Judge determined, he had, in fact, filed four lawsuits in federal court when he initiated this action. [Doc. 4 at 2 (listing cases)]. Plaintiff signed his complaint under penalty of perjury, and the Magistrate Judge concluded that Plaintiff's active misrepresentation of his litigation history warrants dismissal of this action without prejudice for Plaintiff's abuse of the judicial process.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a de novo basis and any non-objected portion under a "clearly erroneous" standard. "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988).

As indicated above, none of the many papers that Plaintiff has filed since the R&R was issued even mentions the Magistrate Judge's recommendation. In the absence of valid objections, this Court agrees with the Magistrate Judge that dismissal of this action because of Plaintiff's judicial abuse is proper. *See Rivera v.*

*Allin*, 144 F.3d 719, 731 (11th Cir. 1998) (holding that a district court may properly dismiss a lawsuit without prejudice for abuse of the judicial process as a sanction for failing to disclose the existence of prior lawsuits), *abrogated on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

As the Magistrate Judge did not plainly err, the R&R [Doc. 4] is **ADOPTED** as the order of the Court, and the instant action is hereby **DISMISSED** without prejudice for Plaintiff's abuse. Plaintiff's various pending motions [Docs. 6, 7, 8, 9, 10] are **DENIED** as moot and/or futile. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED**, this 1st day of May, 2024.

_____
WILLIAM M. RAY
UNITED STATES DISTRICT JUDGE