**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JONATHAN RICE,<br><br>    Plaintiff,<br><br>vs.<br><br>TYRONE OLIVER, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 4:24-cv-0026-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the Report and Recommendation, and the Court having adopted it, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice**.

Dated at Rome, Georgia, this 1st day of May, 2024.

                 KEVIN P. WEIMER
                 CLERK OF COURT

              By:  s/Jill Ayers
                 , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 1, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Jill Ayers
    Deputy Clerk